Dismissed and Memorandum Opinion filed October 1, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00404-CV

____________

 

METHANEX METHANOL (GP) LLC, BMC HOLDINGS, INC. AND
TERRA INTERNATIONAL (OKLAHOMA), INC., Appellants

 

V.

 

METHYLCHEM COMPANY LLC, Appellee

 



On Appeal from the
189th District Court

Harris County,
Texas

Trial Court Cause
No. 2005-35288



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 6, 2009.  On September 21, 2009, appellants
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Yates, Frost, and Brown.